UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



United States of America,

        Plaintiff,        Criminal No. 22-cr-20597

v.

                              Honorable Stephen J. Murphy

Semaj Ayers,

        Defendant.
_____/

## Defendant's Acknowledgment of Indictment

I, Semaj Ayers, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Wire Fraud:** Up to 20 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

**Count Two: Aggravated Identity Theft:** Mandatory and consecutive 2 years imprisonment; not more than 1 year of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

                                                    *Semaj Ayers*
                                                    Semaj Ayers
                                                    Defendant

Date: November 17, 2022

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Samuel J. Churikian
Counsel for Defendant

Dated: November 17, 2022